No. A–894 (80–6646). WHITE *v.* UNITED STATES. Super. Ct. D. C. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–916. DIAMOND M CO. ET AL. *v.* RAINS. Ct. App. La., 3d Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–219. IN RE DISBARMENT OF ROSPOND. Disbarment entered. [For earlier order herein, see 450 U. S. 976.]

No. D–223. IN RE DISBARMENT OF WOLF. Edward H. Wolf, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 9, 1981 [450 U. S. 977], is hereby discharged.

No. D–224. IN RE DISBARMENT OF KLAUBER. Disbarment entered. [For earlier order herein, see 450 U. S. 976.]

No. D–239. IN RE DISBARMENT OF FAHY. It is ordered that Francis X. Fahy, of Jersey City, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–885. NATIONAL LABOR RELATIONS BOARD *v.* HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP.; NATIONAL LABOR RELATIONS BOARD *v.* MALLEABLE IRON RANGE CO.; and

No. 80–1103. HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 450 U. S. 964.] Motion of United Auto Workers for leave to file a brief as *amicus curiae* granted.